Eastern District of Kentucky
**F I L E D**

FEB 25 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 5:16-CR-19-gmH

RONALD ANTHONY WARREN JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 27, 2015, in Fayette County, in the Eastern District of

Kentucky,

**RONALD ANTHONY WARREN JR.**

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of

marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)

On or about August 27, 2015, in Fayette County, in the Eastern District of

Kentucky,

**RONALD ANTHONY WARREN JR.,**

in furtherance of the drug trafficking crime set out in Count 1 of this Indictment for which

he may be prosecuted in a court of the United States, did knowingly possess a firearm, that

is, a loaded North American Arms .22 caliber revolver, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about August 27, 2015, in Fayette County, in the Eastern District of Kentucky,

**RONALD ANTHONY WARREN JR.,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a North American Arms .22 caliber revolver, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about September 9, 2015, in Fayette County, in the Eastern District of Kentucky,

**RONALD ANTHONY WARREN JR.**

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about November 3, 2015, in Fayette County, in the Eastern District of Kentucky,

**RONALD ANTHONY WARREN JR.**

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 18 U.S.C. § 924(c)(1)

On or about November 3, 2015, in Fayette County, in the Eastern District of Kentucky,

**RONALD ANTHONY WARREN JR.,**

in furtherance of the drug trafficking crime set out in Count 5 of this Indictment for which he may be prosecuted in a court of the United States, did knowingly possess a firearm, that is, a loaded Taurus .45 caliber semiautomatic pistol, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT 7
## 18 U.S.C. § 922(g)(1)

On or about November 3, 2015, in Fayette County, in the Eastern District of Kentucky,

**RONALD ANTHONY WARREN JR.,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Taurus .45 caliber semiautomatic pistol, all in violation of 18 U.S.C. § 922(g)(1).

# FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. In committing the offenses alleged in Counts 2, 3, 6 and 7 of this Indictment, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

2. In committing the Title 21 offense alleged in this Indictment, the same being punishable by imprisonment for more than one year, **RONALD ANTHONY WARREN JR.** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. § 841(a)(1), including, but not limited to, the following:

## FIREARMS AND AMMUNITION:

a. North American Arms .22 caliber revolver, unknown model with serial number E224401; and
b. 5 rounds of .22 caliber ammunition.

## CURRENCY:

a. $5,908 in United States currency;
b. $313.00 in United States currency; and
c. $26.00 in United State currency.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **RONALD ANTHONY WARREN JR.** has in the above-described

property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

**A TRUE BILL**

_____
**KERRY B. HARVEY
UNITED STATES ATTORNEY**

# PENALTIES

## COUNTS 1, 4 & 5:

First Offense: Not more than 5 years imprisonment, not more than $250,000 fine, and not less than 2 years supervised release.

Second Offense: Not more than 10 years imprisonment, not more than $500,000 fine, and not less than 4 years supervised release.

## COUNTS 2 & 6:

First Offense: Not less than 5 years imprisonment and not more than life imprisonment consecutive to any other sentence, not more than $250,000 fine, and not more than 5 years supervised release.

Second & Subsequent
Offenses: Not less than 25 years imprisonment for each offense, consecutive to any other sentences, not more than $250,000 fine, and not more than 5 years supervised release.

**COUNTS 3 & 7:** Not more than 10 years imprisonment, a fine of not more than $250,000, and a term of supervised release of not more than 3 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.