PROB 12C
(Rev. 6/22)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

Eastern District of Kentucky
F I L E D
OCT 0 6 2023
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Name of Offender: Ronald Anthony Warren, Jr.   Case Number: 5:16-CR-019-DCR-01

Register/USM Number: 20750-032

Name of Presiding Judicial Officer: Honorable Danny C. Reeves, Chief U.S. District Judge
(Originally: Joseph M. Hood)

Date of Original Sentence: July 18, 2016

Original Offense: Possession with Intent to Distribute Less than 50 Kilograms of Marijuana; Use and Carry of a Firearm in Furtherance of a Drug Trafficking Crime; Possession of a Firearm by Convicted Felon

Original Sentence: 81 months imprisonment, with three years of supervised release to follow

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/04/2021

Assistant U.S. Attorney: Hydee R. Hawkins   Defense Attorney: James Lowry IV

---

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Violation of federal, state, or local law |
| 2 | Illegal use of a controlled substance |
| 3 | Commission of a crime |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be:

　　☐ revoked.

　　☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

October 6, 2023
Page 2

RE: Warren, Ronald Anthony Jr.
    Dkt. # 5:16-CR-019-DCR-01
    PROB 12C

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2023

*Glenn Collins*

Glenn C. Collins
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☒ The issuance of a summons. *Return dzk to be set by U.S. Mag. Judge; DCR 10/6/23*

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

Oct. 6, 2023
_____
Date