```
(EDKY-234)          UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CRIMINAL MINUTES-GENERAL
```

Lexington Case No: 5: 16-CR-019-DCR   At: Lexington   Date: October 27, 2023

PRESENT: HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Lisa Moore | Lauren Gootee | none | Zachary David Dembo |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U.S. Attorney |

| DEFENDANT: | ATTORNEYs FOR DEFENDANT: |
|---|---|
| Ronald Anthony Warren, Jr. | James Lowry/Nicholas Nash |
| (custody) | (CJA) |

PROCEEDINGS: **FINAL HEARING ON ALLEGED SUPERVISED RELEASE VIOLATIONS**

The parties appeared for a final hearing regarding alleged violations of supervised release. United States Probation Officer Glenn Collins also was present. The defendant again was advised of his rights as well as the nature of the alleged violations and potential penalties. After being duly sworn, the defendant stipulated to Violation Nos. 1 and 2, set forth in the October 6, 2023, Supervised Release Violation Report. The United States indicated it would not proceed on alleged Violation No. 3 regarding use/possession of marijuana and moved to dismiss that violation. Based on the defendant's admission and information contained in the Violation Report the Court finds Violation Nos. 1 and 2 have occurred as alleged. The Court also finds that the defendant's admission is knowing and voluntary. For the reasons as explained on the record, the penalty phase of the hearing will be continued for further proceedings. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.  Violation No. 3 set forth in the Violation Report is **DISMISSED** based on Department of Justice policy and not as a result of a factual resolution.

2.  The sentencing phase of this matter is continued to **Wednesday, November 22, 2023,** beginning at the hour of **9:00 a.m.,** at the United States Courthouse in Lexington, Kentucky.

3.  The defendant is remanded to the custody of the United States Marshal Service.

Dated: October 27, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: USM, USP, COR
Deputy Clerk lkm

| TIC: | | 20 |
|---|---|---|

1