(EDKY-234)  
UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
CRIMINAL MINUTES-GENERAL

Lexington Case No: 5: 16-CR-019-DCR   At: Lexington   Date: November 22, 2023

PRESENT: HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Zachary David Dembo |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U.S. Attorney |

DEFENDANT:

Ronald Anthony Warren, Jr.  
(custody)

ATTORNEYs FOR DEFENDANT:

James Lowry/Nicholas Nash  
(retained)

PROCEEDINGS: **FINAL HEARING ON ALLEGED SUPERVISED RELEASE VIOLATIONS**

The parties appeared for a final hearing regarding alleged violations of supervised release. United States Probation Officer Glenn Collins also was present. The defendant previously stipulated to Violation Nos. 1 and 2 set forth in the October 6, 2023, Supervised Release Violation Report. Violation No. 3 was dismissed on motion of the United States. Based on the defendant's admission and information contained in the Violation Report the Court finds Violation Nos. 1 and 2 have occurred as alleged. The Court also finds that the defendant's admission is knowing and voluntary. Following announcement of the sentence by the Court, the defendant was advised of his appellate rights.

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The defendant's previously imposed term of supervised release is **REVOKED**. A revocation Judgment in conformity to the Court's ruling shall be forthcoming.

2. If the defendant chooses not to file a Notice of Appeal, after the fourteen-day period to file such notice expires, counsel for the defendant is directed to file a statement in the record, indicating that he has conferred with the defendant and that the determination not to appeal was his decision.

3. The defendant is remanded to the custody of the United States Marshal pending designation by the Bureau of Prisons regarding the location for service of his sentence.

Dated: November 22, 2023.

Danny C. Reeves, Chief Judge  
United States District Court  
Eastern District of Kentucky

Copies: USM,USP,COR  
Deputy Clerk lkm

TIC: 45

1