Eastern District of Kentucky
FILED
NOV 22 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) Criminal Action No. 5: 16-019-DCR
)
v. )
)
RONALD ANTHONY WARREN, JR., ) COURT'S ADVICE OF RIGHT TO APPEAL
)
    Defendant. )

\*\*\* \*\*\* \*\*\* \*\*\*

    You are notified by this Court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review the revocation proceedings and your sentence and determine whether there has been an error of law.

    If you are unable to pay for the cost of the appeal, you have a right to apply for leave to appeal **in forma pauperis**, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the Court shall prepare and file forthwith Notice of Appeal on your behalf.

    This Notice of Appeal must be filed within fourteen (14) days from the date of entry of the written judgment.

    If you do not have sufficient funds to employ counsel for appeal proceedings, upon proper application to the United States Court of Appeals for the Sixth Circuit, an attorney will be appointed to prosecute the appeal for you.

ACKNOWLEDGMENT

The above statement has been read to me in open court and a copy furnished to me this 22nd day of November, 2023.

_____
DEFENDANT

_____
Defendant's Attorney

Witness:

_____
(Deputy Clerk)

-1-